# CHESNEY, NICHOLAS & BROWER
## LLP

**Attorneys at Law**
485 Underhill Boulevard, Suite 308
Syosset, NY 11791
(516) 378-1700  Phone
(516) 378-7633  Fax

chesneynicholas.com
email@chesneynicholas.com

| | |
|---|---|
| Richard E. Chesney ^ | Office Manager |
| Charles C. Nicholas |    Moira Murtagh |
| Gregory E. Brower + | Administrative Assistant |
| Henry D. Nelkin |    Kelly Milack |
| Rudolph P. Petruzzi | Billing Manager |
| Stephen V. Morello |    Cheryl Williamston |
| Michael Jenks | Legal Assistants |
| Timothy F. Mazzara |    Patricia A. Morgan |
| |    Elizabeth Keady |
| Jeffrey M. Burkhoff |    Janis Machalski |
| Scott A. Koltun | |
| Angela P. Pensabene |    Jeanne Ellen Forster |
| Lee Heit* |    Anthony W. Russo* |
| Lindsie B. Alterman |    *of counsel* |
| Diane C. Cooper | |

\+ Managing Partner
\* Also Member of CT Bar
^ Retired

June 13, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

*The trial date is adjourned from March 2, 2025 to March 16, 2026 at 9:30 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.*

SO ORDERED.

*June 16, 2025*

[signature]
LEWIS J. LIMAN
United States District Judge

RE:    **RAMIRO VEGA v. LONG ISLAND RAILROAD COMPANY**
        **CIVIL ACTION NO.:    25-CV-2472 (LJL)**

<u>**LETTER MOTION TO AMEND THE CASE MANAGEMENT PLAN AND SCHEDULING ORDER WITH RESPECT TO THE TRIAL DATE OF MARCH 2, 2026**</u>

Dear Judge Liman:

    We represent the defendant, Long Island Railroad Company, in the above-captioned matter.

    At an Initial Pre-Trial Conference by telephone conducted on June 5, 2025, a Case Management Plan and Scheduling Order was entered into which provided, *inter alia*, for a trial of this matter for **<u>March 2, 2026</u>**.

    The undersigned, who will be the trial attorney in the case, was not available for the conference as I was on a plane traveling to Los Angeles to visit our grandchildren.

    When the Case Management Plan and Scheduling Order was posted on PACER, I noted that the trial date of March 2, 2026, was selected by the Court. I will be unavailable for the trial at that time, as I have a planned vacation from February 24, 2026, to March 6, 2026. I have advised counsel for plaintiff of this, and there is no objection to rescheduling the trial date for the week of March 16, 2026, if that is acceptable to the Court.

Hon. Lewis J. Liman
United States District Court Judge
June 13, 2025
Page 2

      At the time of the Initial Pre-Trial Conference, Charles Nicholas, Esq., who was covering the conference for the undersigned, did not know of my vacation plans for 2026.

      In accordance with the Court's Individual Practice Rule 3(A), this amendment should not affect any other provision of the Case Management Plan and Scheduling Order or any discovery timelines in this action.

                                                              Respectfully submitted,

                                                              *Henry D. Nelkin*
                                                              HENRY D. NELKIN

HDN/kl
cc:    **<u>Via ECF</u>**
       Flynn & Wietzke, PC
       1205 Franklin Avenue, Suite 300
       Garden City, New York 11530
       Attn:   Sean Constable, Esq.