UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                    :

RAMIRO VEGA,                             :

                  Plaintiff,          :

                                   :        25-cv-2472 (LJL)

     -v-                           :

                                   :          ORDER

LONG ISLAND RAILROAD COMPANY,  :

                                   :

                Defendant.     :

                                   :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Plaintiff's motion *in limine*. Dkt. No. 23. Defendant shall

respond to the motion by Friday, March 6, 2026.

      SO ORDERED.

Dated: March 2, 2026
       New York, New York               _____
                                         LEWIS J. LIMAN
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2026