UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RAMIRO VEGA,

                 Plaintiff,

      -v-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

------------------------------------------------------------------X

25-cv-2472 (LJL)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2026
```

LEWIS J. LIMAN, United States District Judge:

Trial in this matter is set to begin on Monday, March 16, 2026.  On the morning of trial, the parties should be prepared to address Plaintiff's motion in limine and the proposed jury instructions provided by separate order.

The voir dire the Court intends to use has been reviewed by the parties.  The Court intends to make one additional change.  As the parties do not intend to call expert witnesses, question 3(e) regarding expert testimony will be removed.

SO ORDERED.

Dated: March 11, 2026
     New York, New York

                                          _____
                                      LEWIS J. LIMAN
                               United States District Judge