UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAMIRO VEGA,

                Plaintiff,                            25 Civ. 2472 (LJL)

  -against-                                   JUDGMENT

LONG ISLAND RAILROAD COMPANY,

                Defendant.
-----------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

After a jury trial before the Honorable Lewis J. Liman, United States District Judge, a jury rendered a verdict in favor of Plaintiff Ramiro Vega against Defendant Long Island Railroad Company, in the total amount of $355,000.00, broken down as follows: $140,000.00 for past loss of earnings; $90,000.00 for past pain and suffering; and $125,000.00 for future pain and suffering. The jury further found Defendant 75% at fault and plaintiff 25% at fault. Plaintiff's total net verdict is therefore $266,250.00.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiff Ramiro Vega as against Defendant Long Island Railroad Company for the sum of $266,250.00 plus post-judgment interest pursuant to 28 USC §1961(a), including costs as allowed by law.

SO ORDERED:

Dated: April 2 , 2026
      New York, New York                            LEWIS J. LIMAN
                                         United States District Judge